<span style="color:red">EXHIBIT "A"</span>

Filing # 32315175 E-Filed 09/21/2015 07:29:53 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

---

**I.  CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>  COUNTY, FLORIDA

Case No.: _____
Judge: _____

PEMICA, INC., PEMICA, CORP., Venezolana de Exportaciones, C.A. f/u/bo Atlantic
Plaintiff
        vs.
King Ocean Services, Ltd.
Defendant

---

**II.  TYPE OF CASE**

- ☐ Condominium
- ☒ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999
  - ☐ Non-homestead residential foreclosure $250,00 or more
  - ☐ Other real property actions $0 - $50,000

- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☐ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

III. **REMEDIES SOUGHT** (check all that apply):
- ☒ Monetary;
- ☐ Non-monetary
- ☐ Non-monetary declaratory or injunctive relief;
- ☐ Punitive

IV. **NUMBER OF CAUSES OF ACTION:** ( )
(Specify)

1

V. **IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☐ Yes
- ☒ No

VI. **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
- ☒ No
- ☐ Yes – If "yes" list all related cases by name, case number and court:

VII. **IS JURY TRIAL DEMANDED IN COMPLAINT?**
- ☐ Yes
- ☒ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature <u>s/ Michael C. Black</u>   FL Bar No.: <u>56162</u>
         Attorney or party                              (Bar number, if attorney)

<u>Michael C. Black</u>   <u>09/21/2015</u>
(Type or print name)                                      Date

Filing # 32315175 E-Filed 09/21/2015 07:29:53 PM

5435/Complaint

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.

PEMICA, INC., PEMICA CORP. and
VENEZOLANA DE EXPORTACIONES
E IMPORTACIONES, C.A. f/u/b/o
ATLANTIC SPECIALTY INSURANCE
COMPANY,

      Plaintiff,

vs.

KING OCEAN SERVICES LTD.,

      Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, PEMICA, INC., PEMICA CORP., and VENEZOLANA DE EXPORTACIONES E IMPORTACIONES, C.A. f/u/b/o ATLANTIC SPECIALTY INSURANCE COMPANY, by and through their undersigned attorney, and sues the Defendant, KING OCEAN SERVICES LTD., and alleges that:

1. This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs.

2. PEMICA, INC. (hereinafter "PEMICA") is an active and registered Florida corporation, with offices in Miami-Dade County, Florida and was the purchaser, owner, seller, loss payee, and/or insured of the cargo described herein and is entitled to maintain this action.

3. PEMICA CORP. (hereinafter also referred to as "PEMICA") is a Panamanian corporation, with offices and was the purchaser, owner, seller, loss payee, and/or insured of the cargo described herein and is entitled to maintain this action.

4. VENEZOLANA DE EXPORTACIONES E IMPORTACIONES, C.A. (hereinafter "VEXIMPCA") is a foreign corporation and was the purchaser, owner, consignee, loss payee, and/or insured of the cargo described herein and is entitled to maintain this action.

5. ATLANTIC SPECIALTY INSURANCE COMPANY, (hereinafter "ATLANTIC") is a foreign corporation with offices in Plymouth, Minnesota, was and is the insurer of the cargo described herein, against whom claims have been presented and paid, and is subrogated thereto and is entitled to maintain this action.

6. The Plaintiff brings this action on its behalf and as assignee and/or agent and/or trustee on behalf of all parties that may be or may become interested with respect to said cargo as their respective interests may ultimately appear, and is entitled to maintain this action.

7. The Defendant, KING OCEAN SERVICES LTD., (hereinafter "KING OCEAN") is a foreign corporation with offices in Miami-Dade County, Florida and doing business in Miami-Dade County and Broward County Florida as a common carrier of merchandise-by-water-for-hire and at all times material hereto was the operator, manager and/or charterer of the M/V "Melbourne Strait".

8. On or about September 6, 2014, at Port Everglades, Florida the Defendant, KING OCEAN, accepted a shipment consisting of two large fire engines for ocean transportation to La Guaira, Venezuela. See KING OCEAN's Bill of Lading No. PEVLAG30453 attached hereto as Exhibit "A".

9. At the time of receipt by the Defendant, said cargos were in good order and sound condition and as evidence thereof, KING OCEAN issued its Bill of Lading No. PEVLAG30453, without exceptions.

10. On or about September 20, 2014, the fire engines were extensively damaged during discharge from the vessel in La Guaira, Venezuela.

11. As a result thereof, PEMICA and/or VEXIMPCA made a claim to ATLANTIC for the damages sustained to the subject fire engines pursuant to the insurance policy between the parties.

12. After investigation and adjustment of the claim, ATLANTIC paid $223,056.21 to PEMICA and/or VEXIMPCA resulting in damages in the amount of Two Hundred Twenty Three Thousand Fifty Six and 21/100 ($223,056.21) Dollars. The Plaintiff reserves the right to amend this amount at the time of trial.

13. The Plaintiff has complied with all conditions precedent to the bringing of this action.

## COUNT I - COGSA

The Plaintiff realleges and repeats paragraphs 1 through 12 as if set forth herein at length and alleges further that:

14. The Defendant contracted and agreed to deliver said cargo in the same good order and condition as when received and as evidence of that agreement, Defendant, KING OCEAN issued its Bill of Lading a copy of which is attached hereto as Exhibit "A".

15. The Defendant breached its contract of carriage by failing to deliver the cargo at destination in the same good order and condition as when received.

16. As a result thereof, the Plaintiff has been damaged in the total amount of Two Hundred Twenty Three Thousand Fifty Six and 21/100 ($223,056.21) Dollars. The Plaintiff reserves the right to amend this amount at the time of trial.

**WHEREFORE**, the Plaintiff, PEMICA, INC., PEMICA CORP., and VENEZOLANA DE EXPORTACIONES E IMPORTACIONES, C.A. f/u/b/o ATLANTIC SPECIALTY INSURANCE COMPANY, prays that Judgment be entered against the Defendant, in favor of the Plaintiff in the amount of Two Hundred Twenty Three Thousand Fifty Six and 21/100 ($223,056.21) Dollars or as otherwise determined by this Court together with prejudgment interest, costs and such other relief as this Court may deem just and proper.

Date: September 21, 2015.

Respectfully Submitted,

By: *s//Michael C. Black*
MICHAEL C. BLACK, ESQUIRE
FBN 056162
e-mail: mblack@marlaw.com
WILLIAM E. CASSIDY, ESQUIRE
FBN 266477
e-mail: wcassidy@marlaw.com
CASSIDY & BLACK, P.A.
Dadeland Square at the Greenery Mall
7700 North Kendall Drive, Suite 505
Miami, Florida 33156
Tel: (305) 271-8301
Fax: (305) 271-8302
*Attorneys for Plaintiff*

## King Ocean Services LTD.

**BILL OF LADING**
International Bill of L...

**Shipper - Exporter / Proveedor - Exportador**
E-ONE
1601 SW 37TH AVENUE
OCALA, FLORIDA 34474

**Bill of Lading:** PEVLAG30453
**Booking Number:** 10206349
**Job Number:** 0011441
**Export References:**

**Consignee / Consignatario**
VENEZOLANA DE EXPORTACIONES E IMPORTACIONES, C.A.(VEXIMCA, C.A,AV URDANETA, ESQUINA DE CARMELITAS, EDF SEDE VICEPRESIDENCIA DE LA REPUBLICA CARACAS, REPUBLICA BOLIVARIANA DE VENEZUELA CONTACT:JACKSON RIVAS/212.8010678
COMERCIALIZACION@VEXIMCA.GOB.VE

**Forwarder Agent / Agente Expedidor    Broker:**
UTC OVERSEAS INC
8200 NW 33RD STREET
Suite 105
MIAMI FL. 33122
Phone : 305-594-7044  fax: 305-594-7045

**Forwarder Ref.**
**F.M.C. No.** 4271

**Notify Party / Notificar**
TRANSGAR ALMACEN DE DEPOSITOS C.A.
TRANSGAR AGENTE ADUANALES C.A.
PH:212.332.2222-ZONA PORTUARIA DE LA GUAIRA
ALMACEN #16 VARGAS, 2B, PTO DEL LITORAL
CENTRAL LA GUAIRA, VENEZUELA

**Routing and Instructions / Ruta e Instrucciones**
OE08-00703-2014/52

| Place of Receipt / Lugar de Recibo | Precarriage by / Transportado por | | |
|---|---|---|---|
| PORT EVERGLADES, US | NOT AVAILABLE | | |
| **Vessel and Voyage** | **Port of Loading / Puerto de Carga** | **Loading Pier / Terminal** | **Type of Move / Movimiento** |
| MELBOURNE STRAIT / 106S | PORT EVERGLADES, USA | SUN TERMINAL / PORT EVERGLADES | PIER/PIER |
| **Port of Discharge / Puerto de Descargue** | **Place of Delivery / Lugar de Destino Final** | **Point and Country of Origin** | **Service Contract** |
| LA GUAIRA, VENEZUELA | LA GUAIRA, VENEZUELA | PORT EVERGLADES | N/A |

**PARTICULARS FURNISHED BY SHIPPER**

| Marks and Numbers | Qty | No. of Pkgs | Description of Packages and Goods | Gross Weight | Measurement |
|---|---|---|---|---|---|
| AS ADDRESSED | 116237 | 1 VH | VEHICULO APAGA FUEGO TITAN 6X6 2014<br>X HAZARDOUS MATERIAL INFORMATION<br>ENGINE, INTERNAL COMBUSTION or VEHICLE, FLAMMABLE GAS POWERE<br>CLASS-9, UN-3166,<br>EMS-F-E, S-E,<br>EMERGENCY #: 1-800-424-9300<br>PKGS.: 1 UN   WEIGHT: 86000 LB<br>VIN: 4EN9AAA86E1008332 | 86,000.00 LB<br>39,008.94 KG | 5,59<br>158 |
| | 129228 | 1 VH | VEHICULO APAGA FUEGO TITAN 6X6, 2014<br>X HAZARDOUS MATERIAL INFORMATION<br>ENGINE, INTERNAL COMBUSTION or VEHICLE, FLAMMABLE GAS POWERE<br>CLASS-9, UN-3166,<br>EMS-F-E, S-E,<br>EMERGENCY #: 1-800-424-9300<br>PKGS.: 1 UN   WEIGHT: 86000 LB<br>VIN: 4EN9AAA86E1008331 | 86,000.00 LB<br>39,008.94 KG | 5,59<br>158 |

**Shipper declared value $** _____   AS PER TARIFF AND CARRIERS LIABILITY LIMITS (SEE CLAUSE 13 OVERLEAF)

| Charge Description | Prepaid | Collect |
|---|---|---|

**\*ORIGINAL\***

Received by the Carrier for shipment by ocean vessel between port of loading and port of discharge, and for arrangement or procurement of pre-carriage from place of receipt and on-carriage to place of delivery where state above. The goods as specified above in apparent good order and condition unless otherwise state. The goods to be delivered at the abovementioned port of discharge or place of delivery, whichever is applicable, subject always to the exceptions, limitations, conditions and liberties set out on the reverse side hereof to which the Shipper and/or Consignee agree in accepting this Bill of Lading.
IN WITNESS WHEREOF three (3) original Bills of Lading have been signed not otherwise stated above, one of which being accomplished, the others shall be void.

**AS PER AGREEMENT**

KING OCEAN SERVICES, LTD
Dated At  PORT EVERGLADES, USA   On   September 08,
By (Name of Agent)         KING OCEAN AGENCY INC.
Per (for the Master)    _signature_

TERMS OF BILL OF LADING CONTINUED ON BACK HEREOF

**EXHIBIT "A"**

# King Ocean Services LTD.
**BILL OF LADING**
International Bill of Lading

**Bill of Lading:** PEVLAG30453
**Booking Number:** 10206340
**Job Number:** 00114417-0

**Shipper - Exporter / Proveedor - Exportador**
E-ONE
1601 SW 37TH AVENUE
OCALA, FLORIDA 34474

**Export References**

**Consignee / Consignatario**
VENEZOLANA DE EXPORTACIONES E IMPORTACIONES,
C.A.(VEXIMCA, C.A,AV URDANETA, ESQUINA DE
CARMELITAS, EDF SEDE VICEPRESIDENCIA DE LA
REPUBLICA CARACAS, REPUBLICA BOLIVARIANA DE
VENEZUELA CONTACT:JACKSON RIVAS/212.8010678
COMERCIALIZACION@VEXIMCA.GOB.VE

**Forwarder Agent / Agente Expedidor  Broker:**
UTC OVERSEAS INC
8200 NW 33RD STREET
Suite 105
MIAMI FL. 33122
Phone: 305-594-7044  fax: 305-594-7045

**Forwarder Ref.**   **F.M.C. No.** 4271

**Notify Party / Notificar**
TRANSGAR ALMACEN DE DEPOSITOS C.A.
TRANSGAR AGENTE ADUANALES C.A.
PH:212.332.2222-ZONA PORTUARIA DE LA GUAIRA
ALMACEN #16 VARGAS, 2B, PTO DEL LITORAL
CENTRAL LA GUAIRA, VENEZUELA

**Routing and Instructions / Ruta e Instrucciones**
OE06-00703-2014/52

| Place of Receipt / Lugar de Recibo | Precarriage by / Transportado por |
|---|---|
| PORT EVERGLADES, US | NOT AVAILABLE. |

| Vessel and Voyage | Port of Loading / Puerto de Carga | Loading Pier / Terminal | Type of Move / Movimiento |
|---|---|---|---|
| MELBOURNE STRAIT / 106S | PORT EVERGLADES, USA | SUN TERMINAL / PORT EVERGLADES | PIER/PIER |

| Port of Discharge / Puerto de Descargue | Place of Delivery / Lugar de Destino Final | Point and Country of Origin | Service Contract |
|---|---|---|---|
| LA GUAIRA, VENEZUELA | LA GUAIRA, VENEZUELA | PORT EVERGLADES | N/A. |

**PARTICULARS FURNISHED BY SHIPPER**

| Marks & Numbers | No. of Pkgs | Description of Goods | Gross Weight |
|---|---|---|---|
| 10426481 30081466/30077690 30079128 | 1 x 40HC | KOSU-499575-0 SEAL: C 0003366 SLWC. (9 PC) WITH LOOSE PARTS FOR FIRE TRUCK VEHICLES  AES ITN:X20140825260456 "SHIPPED ON BOARD"  CARGA PARA SER RETIRADA A COSTADO DE BUQUE POR TRANSGAR ALMACEN GENERAL DE DEPOSITOS | 14,214.00 LB 6,447.36 KG |

"Line does not make itself responsible for freight amount represented on this BL".
*Freight Prepaid
**LINE WILL NOT BE RESPONSIBLE FOR STRIPPING CHARGES AT DESTINATION.*****
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH
THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.
LINE"S RESPONSIBILITY CEASES UPON DISCHARGE OF CONTAINER / CARGO AT PORT OF
DISCHARGE. "END OF TACKLE".

**TOTALS** 3   186,214.00 LB   11,193.00
              84,465.24 KG    316.952

| Shipper declared value $ | AS PER TARIFF AND CARRIERS LIABILITY LIMITS (SEE CLAUSE 13 OVERLEAF) | | |
|---|---|---|---|
| Charge Description | | Prepaid | Collect |

***ORIGINAL***

AS PER AGREEMENT

KING OCEAN SERVICES, LTD
Dated At  PORT EVERGLADES, USA  On  September 06, 2014
By (Name of Agent)  KING OCEAN AGENCY INC.
Per (for the Master) _[signature]_

TERMS OF BILL OF LADING CONTINUED ON BACK HEREOF